**Dan W. FUDGE, Petitioner,**

v.

**STATE of Florida, Respondent.**

No. 1D16–3171.

District Court of Appeal of Florida, First District.

Nov. 18, 2016.

Dan W. Fudge, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, and Anne C. Conley, Assistant Attorney General, Tallahassee, for Respondent.

PER CURIAM.

The petition alleging ineffective assistance of appellate counsel is denied on the merits.

LEWIS, ROWE, and KELSEY, JJ., concur.